GEORGE HANSEN, as Administrator, etc., Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the verdict is against the weight of the evidence.   Thomas, Stapleton, Mills and Rich, JJ., concurred.

HORACE L. KENT, Appellant, v. GEORGE H. FRASER, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion. Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred; Carr, J., not voting.

MECHANICS BANK, BROOKLYN, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that a question of fact was presented which should have been submitted to the jury.   Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

HERMAN W. ORTHEY, as Substituted Trustee, etc., Respondent, v. ABRAHAM BOGAN and Others, Defendants, Impleaded with APPOLONIA BOWDEN, Appellant, and JOSEPH P. CONWAY, as Committee, etc., Respondent.— Judgment affirmed, with costs.   No opinion.   Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

FRANK PONTE, an Infant, by FRANK PONTE, His Guardian ad Litem, Respondent, v. NEW YORK CATHOLIC PROTECTORY, INC., Appellant.— Order affirmed on argument, with ten dollars costs and disbursements. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GASAU-THOMPSON COMPANY, INC. (a corporation), Appellant.— Judgment of conviction of the Court of Special Sessions affirmed.   No opinion.   Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Carr, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. DAVID WALLACE, Respondent.— Order of the Court of Special Sessions affirmed on the authority of People v. Gaab (ante, p. 192), decided herewith.   Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. HENRY WETZEL, Respondent.— Order of the Court of Special Sessions affirmed on the authority of People v. Gaab (ante, p. 192), decided herewith. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

CHARLES H. TIBBITS, Respondent, v. JULIUS M. COHEN, Respondent, Impleaded with FRANK KLEIN, Appellant, and Others.— Order modified on argument, by imposing fifty dollars costs as condition of opening appellant's default, and as so modified affirmed.   Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

GEORGE WASNER, Respondent, v. HERBERT J. CURTIS, Appellant. — Judgment affirmed, with costs.   No opinion.   Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Carr, J., not voting.

JOSEPH ZUARO, Respondent, v. SAMUEL MOSKOWITZ, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.